# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 27, 2026

Lyle W. Cayce
Clerk

No. 25-60077

Business Coalition for Clean Air; Association of Electric Companies of Texas; Texas Chemistry Council; Texas Oil & Gas Association,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator, United States Environmental Protection Agency*,

*Respondents*,

consolidated with

No. 25-60081

State of Texas,

*Petitioner*,

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator, United States Environmental Protection Agency*,

*Respondents*.

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 89 Fed. Reg. 104,044
Agency No. 89 Fed. Reg. 104,043

---

ORDER:

IT IS ORDERED that Respondents' opposed motion to extend the stay of proceedings in this court for an additional four weeks, or until seven days after publication of the notice opening a new public comment period, whichever occurs first, is DENIED.

The Clerk is DIRECTED to remove these cases from abeyance and reset the briefing schedule accordingly.

CORY T. WILSON
*United States Circuit Judge*